**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| IN RE HOUSEHOLD INTERNATIONAL, INC. ERISA LITIGATION | ) ) ) ) ) |
|  | ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) |

MASTER FILE: 02 C 7921

Hon. Samuel Der-Yeghiayan

**NOTICE OF PLAINTIFFS' MOTION FOR AN ORDER**
**PRELIMINARILY APPROVING SETTLEMENT, CERTIFYING THE CLASS,**
**AND SETTING A TIME AND DATE FOR THE FAIRNESS HEARING**

TO:    SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on Thursday, October 14, 2004, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Hon. Samuel Der-Yeghiayan in Room 1719 in the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604 and then and there present NAMED PLAINTIFFS' MOTION FOR AN ORDER PRELIMINARILY APPROVING SETTLEMENT, CERTIFYING THE CLASS, AND SETTING A TIME AND DATE FOR THE FAIRNESS HEARING, a copy of which is hereby served upon you.

Dated: October 8, 2004

_____
One of Plaintiffs' Attorneys
**SUSMAN & WATKINS**
Charles R. Watkins
John R. Wylie
Two First National Plaza, Suite 600
Chicago, Illinois 60603
(312) 346-3466

**KELLER ROHRBACK L.L.P.**
Lynn L. Sarko
T. David Copley
Jennefer Fallat
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-305
Telephone: (206) 623-1900 (Seattle)
Telephone: (602) 248-0088) (Phoenix)
Facsimile: (206) 623-3384 (Seattle)
Facsimile: (602) 248-2822 (Phoenix)

**STULL, STULL & BRODY**
Edwin J. Mills
6 East 45th Street
New York, New York 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DOCKETED

OCT 1 4 2004

|  |  |
|---|---|
| IN RE HOUSEHOLD INTERNATIONAL, INC. ERISA LITIGATION | ) ) ) ) ) |
| | ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| ALL ACTIONS | ) ) ) |

MASTER FILE: 02 C ~~7921~~

Hon. Samuel Der-Yeghiayan

FILED
OCT - 8 2004
MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

**NAMED PLAINTIFFS' MOTION FOR AN ORDER**
**PRELIMINARILY APPROVING SETTLEMENT, CERTIFYING THE CLASS, AND**
**SETTING A DATE AND TIME FOR THE FAIRNESS HEARING**

Plaintiffs Michael Cokenour and Arthur Ray Herrington, Jr. ("Named Plaintiffs"), by and through Co-Lead Counsel, respectfully move the Court for an Order establishing a process for consideration of a proposed settlement. In order to fully comply with Rule 23 and the requirements of due process, a simple but multi-step process is suggested, including:

1. Granting preliminary approval of the proposed settlement (including conditional class certification of the proposed Settlement Class), such that notice of the proposed settlement may be given to the Settlement Class as required by Fed. R. Civ. P. 23(e)(1)(B);

2. Approving the form and method of providing class notice (a long-form notice, to be mailed to each member of the Settlement Class, and a short-form notice, to be published in two National newspapers); and

3. Setting a hearing date for a "Fairness Hearing" on the proposed settlement, and all dates leading up to that Fairness Hearing:

| | |
|---|---|
| Plaintiffs shall substantially complete notice to class members by publication and first-class mail | October 22, 2004 (at least 30 days prior to the Fairness Hearing) |
| Deadline for class members to comment upon or object to the proposed settlement | November 12, 2004 (at least seven days prior to the Fairness Hearing) |
| Plaintiffs shall file motion for final approval of the proposed settlement (addressing any comments or objections filed by class members), motion for award of attorneys' fees and expenses, motion for award of Named Plaintiff compensation, and motion for approval of Plan of Allocation | November 17, 2004 (at least 3 business days prior to the Fairness Hearing) |
| Fairness Hearing | November 22, 2004 |

A copy of the Settlement, which contains a copy of the proposed Preliminary Approval Order, is attached hereto as Exhibit 1.

In support of this motion, Named Plaintiffs state as follows:

1.      In brief, the Settlement calls for Defendants to pay the sum of $46,500,000 to the Plan and the Class. In exchange, the Named Plaintiffs and the Class will release the Defendants from the claims asserted in this litigation that would be barred by *res judicata* if litigated fully to conclusion. A proposed plan of allocation is included in the Settlement, and calls for the distribution of the net Settlement proceeds, after costs of administration, to all Class members in proportion to their alleged compensable losses.

2.      The Settlement was reached after extensive discovery and arm's length negotiations, including a two day mediation with Gary McGowan, and represents a favorable outcome for the Named Plaintiffs and the Class. It will provide significant benefits to all members of the Settlement Class, and remove the risk and delay of further litigation.

2

3.     For the reasons set forth here and in Named Plaintiffs' Memorandum In Support of

Plaintiffs' Motion For an Order Preliminarily Approving the Settlement, Certifying the Class, and

Setting a Date and Time for the Fairness Hearing, filed contemporanousely with this motion, Named

Plaintiffs and Plaintiffs' Counsel urge the Court to grant preliminary approval to the Settlement, grant

preliminary certification of the proposed Settlement Class pursuant to Fed. R. Civ. P. 23(b)(1) and/or

(b)(2); approve the forms of mailed and published notice of the Settlement; authorize the mailing and

publication of those notices; and set a date and time for the fairness hearing with respect to the

proposed Settlement and the petition of counsel for an award of attorneys' fees, reimbursement of

expenses, and compensation to the Named Plaintiffs.

WHEREFORE, Named Plaintiffs pray that the Court grant their Motion For An Order

Preliminarily Approving Settlement, Certifying the Class, and Setting a Date and Time for the

Fairness Hearing, and such other relief as the Court deems appropriate.


SUSMAN & WATKINS
Charles R. Watkins
John R. Wylie
Two First National Plaza, Suite 600
Chicago, IL 60603
(312) 346-3466

*Co-Liaison Counsel for Plaintiffs*

KELLER ROHRBACK L.L.P.
Lynn L. Sarko
T. David Copley
Laurie Ashton
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052

3

Telephone: (206) 623-1900 (Seattle)
Telephone: (602) 248-0088 (Phoenix)
Facsimile: (206) 623-3384 (Seattle)
Facsimile: (602) 248-2822 (Phoenix)

STULL, STULL & BRODY
Edwin J. Mills
6 East 45th Street
New York, NY 10017
(212) 687-7230

*Co-Lead Counsel for Plaintiffs*

4

*See Case File*

*for*

*Exhibits*