AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Cokenour                          **JUDGMENT IN A CIVIL CASE**

       v.                                Case Number: 02 C 7921

Household

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiffs' motions for entry of an order and final judgment; for award of attorneys' fees, reimbursement of litigation expenses and for named plaintiffs' compensation and plaintiffs' motion for approval of plan of allocation are granted pursuant to settlement.

NOV 23 2004

Michael W. Dobbins, Clerk of Court

Date: 11/22/2004

Michael A. Wing, Deputy Clerk